

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2018

No. 04-18-00121-CV

John M. **DONOHUE**,
Appellant

v.

**LAW OFFICES OF ROSS A. RODRIGUEZ**, Ross A Rodriguez Attorney at Law, William T. Reece, Attorney,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-09123
Solomon Casseb III, Judge Presiding

## O R D E R

The court reporter in this matter has filed a notification of late record stating that appellant has failed to request or designate the portion or portions of the reporter's record he wishes to be filed in the appellate court for purposes of appeal. Accordingly, we **ORDER** appellant, John Donohue, to advise court reporter, Kayleen Rivera, in writing on or before Monday, March 26, 2018, that he desires that she prepare a reporter's record and the portions he wants prepared and filed in this court. We further **ORDER** appellant to file a copy of his request to the court reporter in this court on or before Monday, March 26, 2018. We note that appellant has filed in the trial court a statement of inability to pay costs, i.e., costs for the clerk's and reporter's record. The staff attorney for the Bexar County District Courts, Dinah Gaines, has advised the clerk's office of this court that she does not intend to challenge the statement of inability filed by appellant.

We **order** the clerk of this court to serve a copy of this order on the trial court, the district clerk, the court reporter, appellant, and counsel for appellee.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2018.



KEITH E. HOTTLE,
Clerk of Court